Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

Tomio B. Narita (SBN 156576)
tnarita@snllp.com
Arvin C. Lugay
alugay@snllp.com
Simmonds & Narita LLP
44 Montgomery Street Suite 3010
San Francisco, CA 94104-4816
Telephone: 415-283-1000
Facsimile: 415-352-2625
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

**ANTHONY GRECO,**

Plaintiffs,

vs.

**APEX FINANCIAL MANAGEMENT,**

Defendant.

CASE NO.: 8:11-cv-00771-CJC-RNB

**JOINT CASE MANAGEMENT STATEMENT**

Fed. R. Civ. P. 26(f)

(Assigned to Hon. Cormac J. Carney)

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, counsel

for Plaintiff and counsel for Defendant conferred to discuss the matters set forth in Rule 16, Rule 26(f), and the Court's Order dated September 1, 2011, setting the Scheduling Conference. The parties hereby submit their Joint Case Management Statement:

**1. Jurisdiction and Service:**

Plaintiff asserts that this Court's jurisdiction is based on 15 U.S.C. §1692k(d) and 28 U.S.C. §1331.

The parties are not aware of any issues regarding personal jurisdiction or venue.

At this time, Plaintiff is not aware of any additional parties to be served, but asks that the time for service remain open until the completion of discovery. Defendant requests that the Court set a deadline specifying that any new parties must be added within 30 days of the Scheduling Conference, unless a motion for leave to add an additional party is granted upon a showing of good cause.

**2. Facts:**

**Plaintiff:**

Plaintiff alleges that Defendant violated the FDCPA and the RFDCPA while attempting to collect an alleged debt. Plaintiff alleges that Defendant called him excessively while attempting to collect the debt. Plaintiff

further alleges that Defendant used alarming language and threatened Plaintiff with legal action.

**Defendant:**

Defendant has filed an Answer denying all material allegations of the Complaint, and asserting various affirmative defenses.

**3. Legal Issues**

**Plaintiff:**

Plaintiff alleges that Defendant violated the FDCPA and the RFDCPA while attempting to collect a debt. Defendant's violations include violations of 15 U.S.C. §1692c(a)(1) and §1692d(5), as to the FDCPA and Cal Civ Code §1788.11(d) and §1788.11(e), as to the RFDPCA.

**Defendant:**

Legal issues include: whether Defendant's actions violated the FDCPA and RFDCPA, and whether Plaintiff's claims are barred or diminished by Defendant's affirmative defenses.

**4. Motions**

**Plaintiff:**

Plaintiff anticipates filing a motion for summary judgment.

**Defendant:**

Defendant anticipates filing a motion for summary judgment.

**5. Amendment of Pleadings**

Plaintiff intends to amend the Complaint to add additional violations, but requests the right to do so until after the complete review of Defendant's collection file regarding Plaintiff. Defendant requests that the Court set a deadline specifying that any motion for leave to amend be filed within 30 days of the Scheduling Conference.

**6. Disclosures**

The parties will exchange the information required by Federal Rules of Civil Procedure 26(a)(1) on or before November 17, 2011.

**7. Discovery**

The parties do not require any limitations on discovery. The parties will meet and confer regarding the terms of a Stipulated Protective Order if necessary. The parties jointly propose to the Court the following discovery plan:

**a) All fact discovery will be commenced in time to be completed by May 21, 2012.**

The number of interrogatories, requests for admissions, and requests for production of documents, as well as the number and length of depositions shall be as set forth in the Federal Rules of Civil Procedure.

**b) Disclosure of experts under Federal Rule of Civil Procedure 26 (e)(2) due:**

All parties will provide the disclosures required on or before May 28, 2012. Counter-designations of experts will be made on or before June 25, 2012. Expert discovery will be completed by July 16, 2012.

**8. Related Cases**

None.

**9. Relief**

Plaintiff seeks relief as follows: $2,000.00 for statutory violations, any actual damages proved through discovery, plus attorney's fees and costs.

**10. Scheduling**

The parties propose that the cut-off date for fact discovery be May 21, 2012; the cut-off for expert discovery be July 16, 2012; the last day for the Court to hear dispositive motions be February 6, 2012, a pretrial conference be held on August 13, 2012; and trial on August 27, 2012.

**11. Trial**

The parties request a trial by jury. The parties estimate that this case will take approximately 2 days for trial. It is anticipated that the case will be ready for trial by August 27, 2012.

**12. Settlement and ADR**

The parties agree to assignment to an attorney settlement officer

under ADR auspices.

Respectfully submitted this 4th of November, 2011.

By: _s/Todd M. Friedman
Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

By: _s/Arvin C. Lugay
Arvin C. Lugay
Simmonds & Narita LLP
Attorney for Defendant

Filed electronically on this 4th of November, 2011, with:

United States District Court CM/ECF system

Notification sent electronically on this 4th of November, 2011, to:

Honorable Cormac J. Carney
United States District Court
Central District of California

Arvin C. Lugay
Simmonds & Narita LLP
Attorney for Defendant

The 4th of November, 2011

s/ Todd M. Friedman
Todd M. Friedman